Gately-Haire Company, Incorporated, Respondent, *v.* The Insurance Company of the State of Pennsylvania, Philadelphia, Appellant.

*Gately-Haire Co., Inc., v. Insurance Co. of the State of Pennsylvania, Philadelphia,* 176 App. Div. 921, reversed.

(Argued April 17, 1917; decided July 11, 1917.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 5, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon an

order of Special Term granting a motion by plaintiff for judgment in its favor upon the pleadings in an action upon a policy of fire insurance. The defense was that the policy sued upon had been canceled by plaintiff's request in writing to ·defendant received before the fire.

*Ralph W. Gwinn* for appellant.

*Franklin M. Danaher* for respondent.

Judgment of Appellate Division and Special Term reversed and complaint dismissed, with costs in all courts on opinions of HOGAN and MCLAUGHLIN, JJ., in *Gately-Haire Co.* v. *Niagara Fire Ins. Co.* (221 N. Y. 162.)

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.